Susan K. Eggum, OSB No. 824576
Internet e-mail: eggum@cvk-law.com
Shane P. Swilley, OSB No. 053909
Internet e-mail: swilley@cvk-law.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone:  (503) 323-9000
Facsimile:   (503) 323-9019

   Attorneys for Defendant Western Star Truck Plant Portland LLC

Daniel Snyder, OSB No. 783856
Internet e-mail: dansnyder@lawofficeofdanielsnyder.com
Carl Post, OSB No. 061058
Internet e-mail: carlpost@lawofficeofdanielsnyder.com
LAW OFFICES OF DANIEL SNYDER
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
Telephone: (503) 241-3617
Fax: (503) 241-2249

   Attorneys for Plaintiff Juan Picouto

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JUAN PICOUTO,<br><br>       Plaintiff,<br><br>   v.<br><br>WESTERN STAR TRUCK PLANT PORTLAND LLC, a Delaware corporation, qualified to do business in Oregon,<br><br>       Defendant. | Case No. 3:08-CV-00807-BR<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between plaintiff Juan Picouto and

defendant Western Star Truck Plant Portland, LLC that all claims of plaintiff against

Page 1 -  **STIPULATED JUDGMENT OF DISMISSAL**

defendant shall be dismissed with prejudice and without costs and attorney fees to either party.

IT IS SO STIPULATED this **3rd** day of March, 2011.

| LAW OFFICES OF DANIEL SNYDER | COSGRAVE VERGEER KESTER LLP |
|---|---|
| By: _____<br>Daniel Snyder, OSB No. 783856<br>Carl Post, OSB No. 061058 | By: _____<br>Susan K. Eggum, OSB No. 824576 |
| Of Attorney for Plaintiff JUAN PICOUTO | Of Attorney for Defendant WESTERN STAR TRUCK PLANT PORTLAND LLC |

Based on the foregoing stipulation, it is

ADJUDGED that plaintiff's claims against defendant are dismissed with prejudice and without costs and attorney fees to either party.

DATED: March ___, 2011.

_____
Anna J. Brown
United States District Court Judge

Page 2 - **STIPULATED JUDGMENT OF DISMISSAL**